# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER R. SMITH

NO. 2024 KW 0792

OCTOBER 31, 2024

---

In Re:     Louisiana Department of Health, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR-424.

---

BEFORE:     **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The district court's May 7, 2024, ruling denying the defendant's release from Eastern Louisiana Mental Health System is vacated. The testimony adduced at the hearing did not establish by clear and convincing evidence that the defendant suffers from a mental disease or defect. See **Foucha v. Louisiana,** 504 U.S. 71, 112 S.Ct. 1780, 118 L.Ed.2d 437 (1992); **State v. Edwards,** 2022-00983 (La. 11/1/22), 348 So.3d 1269 (*per curiam*), cert. denied, __U.S.__,143 S.Ct. 1098, 215 L.Ed.2d 406 (2023). Therefore, his continued confinement in Eastern Louisiana Mental Health System violates due process. **Foucha,** 504 U.S. at 71, 112 S.Ct. at 1780. However, while this matter was pending, the Legislature enacted La. Code Crim. P. art. 657.3, which provides for active supervised release for dangerous but not mentally ill committed persons. Accordingly, this matter is remanded to the district court to determine in light of the evidence presented at the May 7, 2024 hearing, whether active supervised release is appropriate for the defendant.

**SMM**
**HG**

**Wolfe, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT